## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

Earlisha Anquenetta Johnson,

    Debtor.

Case No. 16–31260
Chapter 13

### ORDER RESETTING MEETING OF CREDITORS AND HEARING ON MODIFIED PLAN

The above debtor(s) have filed with this court a modification of their Chapter 13 Plan, and

It is therefore **ORDERED** that a Meeting of Creditors be reset for

    Date: **June 29, 2017**    Time: **02:30 PM**
    Location: Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104

It is further **ORDERED** that a hearing on the modification of the plan be and it is hereby set for

    Date: **July 31, 2017**    Time: **09:45 AM**
    Location: U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

It is further **ORDERED** that the debtor(s) and the attorney for the debtor(s) appear at the Meeting of Creditors and the hearing on the modification of plan at the dates, places, and times stated above.

The moving party shall serve a copy of this notice on all parties required to be served under Fed.R.Bankr.P. 2002 or other appropriate rule.

Dated May 26, 2017

Juan–Carlos Guerrero
Clerk of Court

*******************************************************************************

### CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and correct copy of the motion and order setting hearing to all creditors and other parties in interest by placing a copy of same in the U.S. Mail, postage prepaid.

DATED: _____    SIGNED:_____