UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE                                      +
                                           +         Case No. 17-3139516-31260
ANQUETTA JANEICE JOHNSON                   +

MOTION FOR RELIEF FROM STAY

    Comes now EASTDALE APARTMENTS, debtor's present landlord, and moves this Honorable Court for an Order granting him Relief from the Stay and as grounds states:

1. The debtor leases from your movant the property known as 213-C Eastdale Road South, Montgomery, Alabama. The debtor promised to pay $625.00 per month, due on the first day, with a $40.00 late fee if rent is not paid on or before the fifth day of each month.

2. The debtor filed bankruptcy on 05/17/2016. Debtor's post-petition rent payments have been either partial payments, sporadic and/or late. The debtor has not paid rent and late fees for the months of March and April 2018. May rent is now due and unpaid.

3. The debtor owes post-petition rent and late fees in the amount of $1955.00.

4. The landlord has debt service, operating expenses, and taxes, etc., to pay and cannot continue to do so with non-paying tenants.

5. The landlord has been deprived of the use and enjoyment of his private property. The landlord cannot carry non-paying tenants indefinitely and needs to rent the premises to tenants who will perform their contractual obligations.

6. The landlord asserts he is entitled to an Order Granting him Relief from the Stay so that he may seek possession of his private property.

7. The landlord also seeks leave to obtain a money judgment in State court for the post-petition arrearage plus other damages proved at court. Plaintiff agrees to not enforce the lien until after the bankruptcy case is dismissed or discharged.

    Wherefore, the landlord requests an Order Granting Relief from Stay with leave to seek a money judgment

    Respectfully submitted,

                                                      /s/    Larry Darby_____
                                                      Larry E. Darby
                                                      Attorney for Creditor
                                                      Darby Law Firm, LLC
                                                      Post Office Box 3905
                                                      Montgomery, Alabama 36109
                                                      Tel 356.3593 Fax 356.6392

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically or by placing a copy of the same in the U.S. Mail on the date that this document was filed in the above case.

| | |
|---|---|
| **Joshua C. Milam, Esq.**<br>**566 S. Perry St.**<br>**Montgomery, AL  36104** | **Sabrina L. McKinney, Trustee**<br>**P. O. Box 173**<br>**Montgomery, AL 36101** |
| | /s/   Larry Darby<br>**Larry E. Darby** |